UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
───────────────────────────────────────X

CHRISTINE GERENA,

        Plaintiff,

        v.

NEUROLOGICAL SURGERY, P.C., and
DR. MICHAEL BRISMAN

        Defendants.

───────────────────────────────────────X

**ORDER**
15-CV-4634 (JMA)(GRB)

**FILED**
**CLERK**
7/1/2016 12:45 pm
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**AZRACK, United States District Judge:**

Before the Court is a Report and Recommendation from Magistrate Judge Brown recommending that the Court grant the motion to compel arbitration under Section 4 of the Federal Arbitration Act ("FAA"), 9 U.S.C. § 1 et seq. No objections have been filed, and the time to do so has expired. Having conducted a review of the full record and the applicable law, and having reviewed the Report and Recommendation for clear error, the Court adopts Judge Brown's Report and Recommendation in its entirety.

The motion to compel arbitration is GRANTED, and the case is stayed pending completion of the arbitration. The parties are directed to inform the Court of any resolution of the arbitration proceedings or any other event that would affect the stay of this matter.

**SO ORDERED.**

Dated: July 1, 2016
Central Islip, New York

                                            /s/    JMA
                                      JOAN M. AZRACK
                                      UNITED STATES DISTRICT JUDGE